```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CRISTIAN SANCHEZ,
individually, and on behalf of all others similarly situated,

                              Plaintiff,                             22-cv-2320 (KHP)

        -v.-                                                               **ORDER**

BRAINSTORMPRODUCTS, LLC,
                              Defendant.
------------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The parties have consented to my jurisdiction and this case is assigned to me for all purposes. (ECF No. 20.)

       The parties have represented that they reached a settlement in principle.  (ECF No. 16.)  By **Tuesday, November 15, 2022**, the parties shall submit a proposed Consent Decree for approval, or, in the event the parties are not ready to submit a proposed Consent Decree by that date, they shall in the alternative submit a joint letter providing an update as to settlement and seeking an extension of time to submit the proposed Consent Decree.

SO ORDERED

Dated: October 11, 2022

       New York, NY

                                                                    _____
                                                                    KATHARINE H. PARKER
                                                                    United States Magistrate Judge